## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

COOLMATH.COM, LLC and       :

        Plaintiff,   :   Civil Action No.

            :

-v-            :

            :

COOLMATHGAMES.COM,     :

MICHAEL GARGIULO and     :

JOHN DOE          :

            :

        Defendants.   :

            :

## COMPLAINT

Plaintiff, Coolmath.com, for its complaint, hereby alleges as follows:

### PARTIES

1.   Plaintiff, Coolmath.com, LLC is a limited liability corporation organized under the laws of the state of California, with offices located at 200 Park Avenue South, Suite 1508 New York, NY 10003.

2.   Upon information and belief, Defendant Coolmathgames.com is a d.b.a. of Defendants Michael Gargiulo and John Doe.

3.   Upon information and belief, Defendant Michael Gargiulo is an individual residing at 1326 Tree Lane, Snellville, GA 30078.

4.   As the evidence may show, Defendant John Doe is an individual current and/or former owner, officer, employee, contractor, or agent of Coolmathgames.com, who directed or participated in or directed or authorized the acts and omissions described in this Complaint with knowledge of the infringing nature of his activities. The identities and addresses of these specific persons are currently unknown. However, once identified in discovery, this person will be

substituted for John Doe.

## JURISDICTION AND VENUE

5.     Jurisdiction.  This action arises under the Lanham Act 15 U.S.C. § 1051 et. seq. and the laws of the state of New York.  Jurisdiction of the federal claim is conferred upon this court by 28 U.S.C. §§ 1332 and 1338.  Jurisdiction of the state claims is conferred upon this court by 28 U.S.C. § 1367.

6.     Upon information and belief, the conduct of Defendants complained of herein has occurred in various locales, including in this judicial district.

7.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) as it is the location of a substantial part of the events or omissions giving rise to the asserted claims.

## BACKGROUND

8.     Federal Trademark Registration No. 3,404,699 for the mark "COOLMATH" (the COOLMATH Registration") in international class 041 for Computer services, namely, providing on-line website in the field of mathematics and science education; entertainment services, namely, providing on-line computer games in the field of mathematics and science education, was duly and lawfully issued on April 1, 2008 based on a first use date of November 14, 1997 and a first use date in commerce of November 14, 1997 to Coolmath.com, Inc.  A copy of the COOLMATH registration is attached hereto as Exhibit A.

9.     On February 4, 2014 Coolmath.com LLC filed a combined declaration of use and incontestability under Sections 8 & 15.  Copy attached hereto as Exhibit B.  On March 17, 2014 the COOLMATH mark received an acknowledgement of incontestability. Copy attached hereto as Exhibit C.

10.     On October 4, 2013 Coolmath.com, Inc. converted from a California corporation

to a California limited liability company, Coolmath.com LLC.  Copy attached hereto as Exhibit D.  A copy of the Articles of Incorporation - conversion was recorded at the U.S. Patent and Trademark Office on November 19, 2013 at reel/frame 5157/0699.  Copy attached hereto as Exhibit E.

11.     Coolmath.com LLC has been using the trademark COOLMATH-GAMES in commerce since at least May 28, 2004. Coolmath.com LLC has filed application Serial No. 86/305,888 for federal registration of the mark COOLMATH-GAMES (the "COOLMATH-GAMES Application") in international class 041 for Computer services, namely, providing on-line website in the field of mathematics and science education; entertainment services, namely, providing on-line computer games in the field of mathematics and science education. A copy of the COOLMATH-GAMES Application is attached hereto as Exhibit F.

12.     Coolmath.com LLC has been using the trademark COOLMATH4KIDS in commerce since at least April 1, 2000. Coolmath.com LLC has filed application Serial No. 86/305,882 for federal registration of the mark COOLMATH4KIDS (the "COOLMATH4KIDS Application") in international class 041 for Computer services, namely, providing on-line website in the field of mathematics and science education; entertainment services, namely, providing on-line computer games in the field of mathematics and science education. A copy of the COOLMATH4KIDS Application is attached hereto as Exhibit G.

13.     Plaintiff    operates    the    very    successful    websites    www.coolmath.com www.coolmath-games.com and www.coolmath4kids.com each of which offers math and science related games.  Each of the websites exclusively use the colors green, blue, yellow, red and purple on a dark background as their trade dress to give the websites a distinctive look and feel.

14.     On or about February 8, 2014 Defendants, in an attempt to trade off of the success

and goodwill of Plaintiff's trademarks and trade dress, began operating the website www.coolmathgames.com which offers math and science related games. The www.coolmathgames.com website exclusively uses the colors green, blue, yellow, red and purple on a dark background in an attempt to confuse consumers into believing that Defendants are somehow associated with Plaintiff.

### FIRST CLAIM FOR RELIEF
(Trademark Infringement)

15.    Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1-13 of this Complaint as if fully restated in this paragraph.

16.    Defendants' use of the mark COOLMATHGAMES and the domain name COOLMATHGAMES.COM constitutes an infringement of Plaintiff's registered trademark COOLMATH and is likely to cause confusion, mistake and deception to the public as to the identity and origin of Defendants services, causing irreparable harm to Plaintiff for which there is no adequate remedy at law.

17.    Defendants' use of the mark COOLMATHGAMES and the domain name COOLMATHGAMES.COM constitutes an infringement of Plaintiff's trademark COOLMATH-GAMES and is likely to cause confusion, mistake and deception to the public as to the identity and origin of Defendants services, causing irreparable harm to Plaintiffs for which there is no adequate remedy at law.

18.    Defendants' use of the mark COOLMATHGAMES and the domain name COOLMATHGAMES.COM comprises an infringement of Plaintiffs' trademark COOLMATH4KIDS and is likely to cause confusion, mistake and deception to the public as to the identity and origin of Defendants services, causing irreparable harm to Plaintiffs for which there is no adequate remedy at law.

19.     By reason of the foregoing acts, Defendants are liable to Plaintiffs for trademark infringement under 15 U.S.C. § 1114.

20.     Upon information and belief, Defendants have engaged in the aforesaid activity knowingly and willfully, justifying assessment of punitive damages in an amount to be determined at trial.

**SECOND CLAIM FOR RELIEF**
(Unfair Competition)

21.     Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1-19 of this Complaint as if fully restated in this paragraph.

22.     Defendants' use of the mark COOLMATHGAMES and the domain name COOLMATHGAMES.com to promote, market, or sell math and science computer game products or services in direct competition with Plaintiff's math and science based computer game products and services constitutes Unfair Competition pursuant to 15 U.S.C. §1125(a). Defendants' use of the COOLMATHGAMES mark and the domain name COOLMATHGAMES.COM is likely to cause confusion, mistake, and deception among consumers. Defendants' unfair competition has caused and will continue to cause damage to Plaintiff, and is causing irreparable harm to Plaintiff for which there is no adequate remedy at law.

23.     Upon information and belief, Defendants have engaged in the aforesaid activity knowingly and willfully, justifying assessment of punitive damages in an amount to be determined at trial.

**THIRD CLAIM FOR RELIEF**
(False Description)

24.     Plaintiff repeats and incorporates by reference the allegations contained in

Paragraphs 1-22 of this Complaint as if fully restated in this paragraph.

25.     Defendants' COOLMATHGAMES mark and COOLMATHGAMES.com domain name are such colorable imitations and copies of Plaintiff's trademarks established in the market for computer based math and science games that Defendants use thereof in the context of computer based math and science games is likely to create confusion, or to cause mistake, or to deceive consumers as to the affiliation, connection or association of Plaintiff's products/services, or to deceive consumers as to the origin, sponsorship or approval of Plaintiff's products/services.

26.     Plaintiff avers that Defendants' use of the term COOLMATHGAMES and COOLMATHGAMES.COM comprises a false description or representation of such business or products under 15 U.S.C. § 1125(a).

27.     Defendants' false description or representation has caused and will continue to cause damage to Plaintiff, and is causing irreparable harm to Plaintiff for which there is no adequate remedy at law.

28.     Upon information and belief, Defendants have engaged in the aforesaid activity knowingly and willfully, justifying assessment of punitive damages in an amount to be determined at trial.

## FOURTH CLAIM FOR RELIEF
(Trade Dress Infringement)

29.     Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1-28 of this Complaint as if fully restated in this paragraph.

30.     Defendants activities of creating and operating the COOLMATHEGAMES.COM website which exclusively uses the colors green, blue, yellow, red and purple on a dark background constitutes infringement of Plaintiff's Trade Dress and is likely to cause confusion, mistake, and deception among consumers. Defendants' trade dress infringement has caused and

will continue to cause damage to Plaintiff, and is causing irreparable harm to Plaintiff for which there is no adequate remedy at law.

31.     Upon information and belief, Defendants have engaged in the aforesaid activity knowingly and willfully, justifying assessment of punitive damages in an amount to be determined at trial.

## FIFTH CLAIM FOR RELIEF
(Violations of New York General Business Law Section 349)

32.     Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1-30 of this Complaint as if fully restated in this paragraph.

33.     Defendants' acts as alleged in detail above constitute deceptive acts and practices in the conduct of business, trade, or commerce, or in the furnishing of services, in the state of New York.

34.     Plaintiff has been injured by reason of such deceptive acts or practices.

35.     Defendants' aforesaid violations of NY GBL § 349 have caused Plaintiff to sustain monetary damage, loss, and injury, and an amount to be determined at trial.

36.     Upon information and belief, Defendants have engaged in this activity knowingly and willfully, justifying assessment of punitive damages in an amount to be determined at trial.

37.     Defendants' aforesaid violations of NY GBL § 349, unless enjoined by this Court, will cause Plaintiff to continue sustaining damages.

## PRAYER FOR RELIEF

WHEREFOR Plaintiff requests judgment in its favor and against Defendants as follows:

1.     That Defendants be preliminarily and permanently enjoined from: (a) using Plaintiffs trademarks depicted in Exhibits A, C, D, or any colorable imitation thereof; (b) using any trademark that imitates or is confusingly similar to or in any way similar to Plaintiff's

trademarks COOLMATH, COOLMATH-GAMES or COOLMATH4KIDS, or that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of Plaintiff's products or services or its association with Defendant; and (c) using Plaintiff's trade dress;

2.      That Defendants be required to file with the Court and serve on Plaintiff within thirty (30) days after entry of the Injunction, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the Injunction;

3.      That, pursuant to 15 U.S.C. § 1117, Defendants be held liable for all damages suffered by Plaintiffs resulting from the acts alleged herein;

4.      That the Court require Defendants to assign ownership to the Domain name coolmathgames.com to Plaintiff;

5.      That the Court declare this to be an exceptional case and award Plaintiff its full costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117;

6.      That the Court grant Plaintiff any other remedy to which it may be entitled as provided for in 15 U.S.C. §§ 1116 and 1117 or under state law;

7.      That the Court award Plaintiff punitive damages to the extent permitted by law; and

8.      For such other and further relief that the court deems just and proper.

Dated: June 13, 2014                          By: _____
                                              Richard M. Lehrer, Esq.
                                              FISHERBROYLES, LLC
                                              1 Prior Court
                                              Palisades, NY 10964
                                              845-519-9525 (T)
                                              rlehrer@fisherbroyles.com

# EXHIBIT A

Int. Cls.: 16 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 107

**Reg. No. 3,404,699**

## United States Patent and Trademark Office

Registered Apr. 1, 2008

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# COOLMATH

COOLMATH.COM, INC. (CALIFORNIA COR-
PORATION)
2973 FAIRVIEW ROAD
COSTA MESA, CA 92626

FOR: A SERIES OF BOOKS IN THE FIELD OF
MATHEMATICS EDUCATION, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

FOR: COMPUTER SERVICES, NAMELY, PRO-
VIDING ON-LINE WEBSITE IN THE FIELD OF
MATHEMATICS AND SCIENCE EDUCATION; EN-
TERTAINMENT SERVICES, NAMELY, PROVIDING

ON-LINE COMPUTER GAMES IN THE FIELD OF
MATHEMATICS AND SCIENCE ENDUCATION, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-14-1997; IN COMMERCE 11-14-1997.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-220,347, FILED 7-2-2007.

JANET LEE, EXAMINING ATTORNEY

**EXHIBIT B**

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| | |
|---|---|
| **REGISTRATION NUMBER** | 3404699 |
| **REGISTRATION DATE** | 04/01/2008 |
| **SERIAL NUMBER** | 77220347 |
| **MARK SECTION** | |
| **MARK** | COOLMATH |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Alexander J.A. Garcia |
| **FIRM NAME** | Perkins Coie LLP |
| **STREET** | 1201 Third Avenue, Suite 4900 |
| **CITY** | Seattle |
| **STATE** | Washington |
| **POSTAL CODE** | 98101 |
| **COUNTRY** | United States |
| **PHONE** | 206-359-8000 |
| **FAX** | 206-359-9000 |
| **EMAIL** | pctrademarks@perkinscoie.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 111734.4000. |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Alexander J.A. Garcia |
| **FIRM NAME** | |

| | |
|---|---|
| **FIRM NAME** | Perkins Coie LLP |
| **STREET** | 1201 Third Avenue, Suite 4900 |
| **CITY** | Seattle |
| **STATE** | Washington |
| **POSTAL CODE** | 98101 |
| **COUNTRY** | United States |
| **PHONE** | 206-359-8000 |
| **FAX** | 206-359-9000 |
| **EMAIL** | pctrademarks@perkinscoie.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 111734.4000.0002.US001 |
| **OTHER APPOINTED ATTORNEY** | Kathleen J. Buckley, Caroline Camp, David L. Cromwell, Lynne E. Graybeal, Patchen M. Haggerty, John P. Halski, Julianne A. Henley, Jason S. Howell, Jennifer L. Jolley, Elizabeth A. Kristoferson, Winfield B. Martin, Lisa T. Oratz, Reagan T. Roth, Heidi L. Sachs, Grace Han Stanton, James L. Vana and Robert G. Woolston |

## CORRESPONDENCE SECTION (current)

| | |
|---|---|
| **NAME** | Alexander J.A. Garcia |
| **FIRM NAME** | Perkins Coie LLP |
| **STREET** | 1201 Third Avenue, Suite 4900 |
| **CITY** | Seattle |
| **STATE** | Washington |
| **POSTAL CODE** | 98101 |
| **COUNTRY** | United States |
| **PHONE** | 206-359-8000 |
| **FAX** | 206-359-9000 |
| **EMAIL** | pctrademarks@perkinscoie.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 111734.4000. |

## CORRESPONDENCE SECTION (proposed)

| | |
|---|---|
| **NAME** | Alexander J.A. Garcia |
| **FIRM NAME** | Perkins Coie LLP |
| **STREET** | 1201 Third Avenue, Suite 4900 |
| **CITY** | Seattle |
| **STATE** | Washington |
| **POSTAL CODE** | 98101 |
| **COUNTRY** | United States |
| **PHONE** | 206-359-8000 |
| **FAX** | 206-359-9000 |
| **EMAIL** | pctrademarks@perkinscoie.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 111734.4000.0002.US001 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 016 |
| **GOODS OR SERVICES** | DELETE ENTIRE CLASS |
| **INTERNATIONAL CLASS** | 041 |
| **GOODS OR SERVICES** | Computer services, namely, providing on-line website in the field of mathematics and science education; entertainment services, namely, providing on-line computer games in the field of mathematics and science enducation |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN1-66192178162-165841620 _. 2.18.14_Cool_Math_Specimen_1.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\772\203\77220347\xml4\8150002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\772\203\77220347\xml4\8150003.JPG |
| **ORIGINAL PDF FILE** | SPN1-66192178162-165841620 _. 2.18.14_Cool_math_.com_Specimen_2.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\772\203\77220347\xml4\8150004.JPG |

\\TICRS\EXPORT16\IMAGEOUT16\772\203\77220347\xml4\8150005.JPG

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | screen shots from Registrant's website showing use of its mark with the services |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | Coolmath.com, Inc. |
| **STREET** | 19744 Beach Blvd., Ste. 302 |
| **CITY** | Huntington Beach |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 92648 |
| **COUNTRY** | United States |

## OWNER SECTION (proposed)

| | |
|---|---|
| **NAME** | Coolmath.com LLC |
| **STREET** | 200 Park Avenue South, Suite 1508 |
| **CITY** | New York |
| **STATE** | New York |
| **ZIP/POSTAL CODE** | 10003 |
| **COUNTRY** | United States |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | California |

## LEGAL ENTITY SECTION (proposed)

| | |
|---|---|
| **TYPE** | limited liability company |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 2 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Gregory Barlow/ |
| **SIGNATORY'S NAME** | Gregory Barlow |

| | |
|---|---|
| **SIGNATORY'S POSITION** | President |
| **DATE SIGNED** | 02/22/2014 |
| **SIGNATORY'S PHONE NUMBER** | N/A |
| **PAYMENT METHOD** | CC |

## FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | Mon Feb 24 14:06:11 EST 2014 |
| **TEAS STAMP** | USPTO/S08N15-66.192.178.1 62-20140224140611282727-3 404699-5003d10b42f13549d8 0987cdfb4963a7b23bc847a65 5ab7a5166eeec78ba54b-CC-3 33-20140221121143337752 |

# Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3404699
**REGISTRATION DATE:** 04/01/2008

**MARK:** COOLMATH

The owner, Coolmath.com LLC, a limited liability company, having an address of
 200 Park Avenue South, Suite 1508
 New York, New York 10003
 United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 016, this filing does **not** cover this specific class. This entire class is to be permanently **deleted** from the registration.

For International Class 041, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: Computer services, namely, providing on-line website in the field of mathematics and science education; entertainment services, namely, providing on-line computer games in the field of mathematics and science enducation; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shots from Registrant's website showing use of its mark with the services.

**Original PDF file:**
SPN1-66192178162-165841620 _ . 2.18.14_Cool_Math_Specimen_1.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN1-66192178162-165841620 _ . 2.18.14_Cool_math_.com_Specimen_2.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
The registrant's current Attorney Information: Alexander J.A. Garcia of Perkins Coie LLP
 1201 Third Avenue, Suite 4900

Seattle, Washington (WA) 98101
United States
The docket/reference number is 111734.4000..

The registrant's proposed Attorney Information: Alexander J.A. Garcia of Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington (WA) 98101
United States
The docket/reference number is 111734.4000.0002.US001.
The Other Appointed Attorney(s): Kathleen J. Buckley, Caroline Camp, David L. Cromwell, Lynne E.
Graybeal, Patchen M. Haggerty, John P. Halski, Julianne A. Henley, Jason S. Howell, Jennifer L. Jolley,
Elizabeth A. Kristoferson, Winfield B. Martin, Lisa T. Oratz, Reagan T. Roth, Heidi L. Sachs, Grace Han
Stanton, James L. Vana and Robert G. Woolston.

The phone number is 206-359-8000.

The fax number is 206-359-9000.

The email address is pctrademarks@perkinscoie.com.
The registrant's current Correspondence Information: Alexander J.A. Garcia of Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington (WA) 98101
United States
The docket/reference number is 111734.4000..

The registrant's proposed Correspondence Information: Alexander J.A. Garcia of Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington (WA) 98101
United States
The docket/reference number is 111734.4000.0002.US001.


The phone number is 206-359-8000.

The fax number is 206-359-9000.

The email address is pctrademarks@perkinscoie.com.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

### Declaration


*The mark is in use in commerce on or in connection with the goods and/or services identified above, as
evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in
continuous use in commerce for five (5) consecutive years after the date of registration, or the date of
publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse
to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the
same on the register; and there is no proceeding involving said rights pending and not disposed of either*

*in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Gregory Barlow/     Date: 02/22/2014
Signatory's Name: Gregory Barlow
Signatory's Position: President
Signatory's Phone Number: N/A

Mailing Address **(current):**
  Perkins Coie LLP
  1201 Third Avenue, Suite 4900
  Seattle, Washington 98101

Mailing Address **(proposed):**
  Perkins Coie LLP
  1201 Third Avenue, Suite 4900
  Seattle, Washington 98101

Serial Number: 77220347
Internet Transmission Date: Mon Feb 24 14:06:11 EST 2014
TEAS Stamp: USPTO/S08N15-66.192.178.162-201402241406
11282727-3404699-5003d10b42f13549d80987c
dfb4963a7b23bc847a655ab7a5166eeec78ba54b
-CC-333-20140221121143337752





**Colorful Penguins**
These penguins are not black and white! Help them regain their real color by cutting through ropes and ice

More games =
More learning!

## The Coolmath Network of Websites:

This is my first math site and is designed for ages 13-100. The level of math is from fractions up (pre-algebra and up).
It's not just math lessons, it's cool stuff like fractals too.
Just navigate with the menu on the left (above).

### Coolmath4kids.com - Go now!
This site is designed for kids ages 3 through 12... Really, up until they get to pre-algebra stuff (up through fractions).
Then, they graduate to Coolmath.com. This site has math lessons and math games to make learning fun.
About Cool Math 4 Kids at Coolmath4Kids.com

### Go now!
This site is loaded with cool thinking games, math games, preschool games and jigsaw puzzles and is great for kids of ALL ages. We now have Reading and Spelling games, Geography games and Science games! Lots of grown-ups are spending their lunch hours here too!

### Coolified games on ??? - Go now!
Our newest game site, full of kid safe, family friendly games in the categories of action/sports, adventure, car/racing, arcade and more!
(Classroom students: Be sure to have your teacher's permission before playing Coolified Games.)

### FinanceFREAK.com - Go now!
I made this site for my students. It explains how money really works and the math of money - personal finance lessons.
It cuts through all the confusion and is designed for teens and grown-ups.

### Go now!
I made this one for my students too! It's so easy for students (and other humans) to get stressed out in life. Hopefully,
this will really help! It's designed for teens and grown-ups. There's a large gallery of my photography there too!

### SpikesGameZone.com - Go now!
There's nothing "educational" about these games... They are just for family fun!
(Classroom students: Be sure to have your teacher's permission before playing Spike's games.)

### Cool math's Science Lessons - Go now!
Want to learn about our Solar System and some other cool science things? Then, this is the site for you. This site has great potential, but has been a bit neglected over the years. I'll be adding some new lessons soon!


about Coolmath

about the author

*"Mathematics is the alphabet with which God has written the universe."*

-- Galileo Galilei



**Coolmath's advertisers pay for this site so you don't have to!    Read more about the advertising here.**
**Please support Coolmath by NOT blocking the ads.**

:::::::::::::::::::
::::: link to us :::::   advertise with us   ::: why we have ads :::

## The Coolmath Network's PRIVACY POLICY

|| about us || about our Cool Math Games || sale setting || privacy policy || terms of use || copyrights for art ||

If you believe that your own copyrighted content is on our Site without your permission, please follow the Copyright Infringement Notice procedure linked here.

Thanks for visiting Coolmath.com
© 2014 Coolmath.com LLC. All Rights Reserved.



Cool math com - Math Help - math lessons to help with arithmetic, fractions, decimals, long division, and algebra

:::::::::::::::::
::::::: link to us ::::::: advertise with us ::::::: why we have ads :::::::

## The Coolmath Network's PRIVACY POLICY

|| about us  ||  about our Cool Math Games  ||  safe surfing  ||  privacy policy  ||  terms of use  ||  copyrights & fair use  ||

**If you believe that your own copyrighted content is on our Site without your permission, please follow the Copyright Infringement Notice procedure linked here.**

|| coolmath pre-algebra  ||  cool math algebra  ||  cool math precalculus / calculus  ||  cool math anxiety survival  ||  geometry, stats, and other math stuff  ||
|| free online brain benders and jigsaw puzzles  ||  other math stuff  ||

|| coolmath lessons: how to...  ||  cool math games & practice problems  ||  coolmath 4 kids lessons and games  ||  coolmath survival for dummies  ||
|| free online math dictionary  ||  geometry & trigonometry reference  ||  cool math for teachers  ||  cool math for parents  ||  coolmath classes  ||

|| cool math games 4 times tables  ||  cool math games 4 addition  ||  cool math games 4 fractions  ||
|| Coolmath Games  ||  Cool Math 4 Kids  ||  Spike's Game Zone  ||  Finance Freak  ||  Totally Stressed Out  ||  Science Monster  private  ||

**Thanks for visiting Coolmath.com**
**© 2014 Coolmath.com LLC. All Rights Reserved.**

http://coolmath.com/0-math-help-lessons.html[2-18-2014 1:56:13 PM]

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   3404699

**Serial Number:**   77220347

**RAM Sale Number:** 3404699

**RAM Accounting Date:** 20140225

**Total Fees:**   $300

Note   Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20140224 | $100 | 2 | 1 | $100 |
| §15 affidavit | 7208 | 20140224 | $200 | 2 | 1 | $200 |

Physical Location:   - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS), True

**Transaction Date:**   20140224



**EXHIBIT C**

**From:**        TMOfficialNotices@USPTO.GOV
**Sent:**        Monday, March 17, 2014 11:01 PM
**To:**          pctrademarks@perkinscoie.com
**Subject:**     Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3404699:
                 COOLMATH: Docket/Reference No. 111734.4000.


**Serial Number:**  77220347
**Registration Number:**  3404699
**Registration Date:**  Apr 1, 2008
**Mark:**  COOLMATH
**Owner:**  Coolmath.com LLC


Mar 17, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**


## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
041


COPELAND, VICKY LEN
TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500


### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=77220347.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# EXHIBIT D

D I 2 0 3 4 3 9
2 0 1 3 2 7 7 1 0 2 5 0

| LLC-1A | File # |



## State of California
### Secretary of State

2228647 out

### Limited Liability Company
### Articles of Organization - Conversion

**FILED**
Secretary of State
State of California

**OCT 0 4 2013**

| IMPORTANT — Read all instructions before completing this form. | This Space For Filing Use Only |

### Converted Entity Information

1. Name of Limited Liability Company  (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

Coolmath.com LLC

2. The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the Beverly-Killea Limited Liability Company Act.

3. The limited liability company will be managed by (check only one):

[✓] One Manager          [ ] More Than One Manager          [ ] All Limited Liability Company Member(s)

| 4. Initial Street Address of Limited Liability Company | City | State | Zip Code |
| 5000 Campus Drive | Newport Beach | CA | 92660 |
| 5. Initial Mailing Address of Limited Liability Company, if different from Item 4 | City | State | Zip Code |
| 19744 Beach Blvd., Suite 302 | Huntington Beach | CA | 92660 |

6. Name of Initial Agent For Service of Process  (Item 6: -Enter the name of the agent for service of process.  The agent may be an individual residing in California or a corporation that has filed a certificate pursuant to California Corporations Code section 1505.  Item 7:  If the agent is an individual, enter the agent's business or residential street address in CA.  Do not list the address if the agent is a corporation.  Item 8: If the converting entity is a CA limited partnership, enter the mailing address of the agent, if different from Item 7, or if the agent is a corporation.)

John Stillman, Esq.

| 7. If an individual, Street Address of Agent for Service of Process in CA | City | State | Zip Code |
| 5000 Campus Drive | Newport Beach | CA | 92660 |
| 8. Mailing Address of Agent for Service of Process | City | State | Zip Code |

### Converting Entity Information

9. Name of Converting Entity

Coolmath.com, Inc.

| 10. Form of Entity | 11. Jurisdiction | 12. CA Secretary of State File Number, if any |
| Corporation | California | 2228647 |

13. The principal terms of the plan of conversion were approved by a vote of the number of interests or shares of each class that equaled or exceeded the vote required.  If a vote was required, provide the following for each class:

| The class and number of outstanding interests entitled to vote | AND | The percentage vote required of each class. |
| 7,500 Shares of common stock | | 100% |

### Additional Information

14. Additional information set forth on the attached pages, if any, is incorporated herein by this reference and made part of this certificate.

15. I certify under penalty of perjury that the contents of this document are true.  I declare I am the person who executed this instrument, which execution is my act and deed.

Signature of Authorized Person

Karen L. Davis, President
Type or Print Name and Title of Authorized Person

Signature of Authorized Person

Philip C. Markley, Secretary
Type or Print Name and Title of Authorized Person

| LLC-1A (REV 01/2013) | APPROVED BY SECRETARY OF STATE |



I hereby certify that the foregoing
transcript of _____/_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

OCT 07 2013

Date: _____

DEBRA BOWEN, Secretary of State

# EXHIBIT E

**900272392     11/19/2013**

## TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Conversion to Limited Liability Company |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Coolmath.com, Inc. | | 10/04/2013 | CORPORATION: CALIFORNIA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Coolmath.com LLC |
| Street Address: | 19744 Beach Boulevard, Suite 302 |
| City: | Huntington Beach |
| State/Country: | CALIFORNIA |
| Postal Code: | 92648 |
| Entity Type: | LIMITED LIABILITY COMPANY: CALIFORNIA |

### PROPERTY NUMBERS  Total: 14

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 77328649 | ALGEBRA CRUNCHERS |
| Serial Number: | 85378369 | B-CUBED |
| Serial Number: | 85378360 | B-CUBED |
| Serial Number: | 85620987 | COOLIFIED |
| Serial Number: | 85618725 | COOLIFIED |
| Serial Number: | 85621003 | COOLIFIED GAMES |
| Serial Number: | 85618755 | COOLIFIED GAMES |
| Serial Number: | 77220347 | COOLMATH |
| Serial Number: | 77222917 | FINANCE FREAK |
| Serial Number: | 85378379 | SNORZEES |
| Serial Number: | 85379912 | SNORZEES LITE |
| Serial Number: | 76032388 | THE NUMBER MONSTER |
| Serial Number: | 77328673 | THE TIMERNATOR |
| Serial Number: | 77328661 | YARDSTICK ARITHMETIC |

OP  $365.00  77328649

CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | 2063599000 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 206-359-8000 |
| Email: | pctrademarks@perkinscoie.com |
| Correspondent Name: | Alexander J.A. Garcia / Perkins Coie LLP |
| Address Line 1: | 1201 Third Avenue, Suite 4900 |
| Address Line 4: | Seattle, WASHINGTON   98101 |

| | |
|---|---|
| ATTORNEY DOCKET NUMBER: | 111734.4000.0000.GX71 |
| NAME OF SUBMITTER: | Alexander Garcia of Perkins Coie LLP |
| Signature: | /Alexander Garcia/ |
| Date: | 11/19/2013 |

Total Attachments: 2
source=EXECUTION VERSION - Coolmath com LLC - Filed Articles of Organization - #page1.tif
source=EXECUTION VERSION - Coolmath com LLC - Filed Articles of Organization - #page2.tif

D1203439
2013277 10250

| LLC-1A | File # |
|---|---|



# State of California
## Secretary of State

2228647 out

### Limited Liability Company
### Articles of Organization - Conversion

**FILED** Jo by
**Secretary of State**
**State of California**

**OCT 0 4 2013**

| IMPORTANT — Read all instructions before completing this form. | This Space For Filing Use Only |
|---|---|

**Converted Entity Information**

1. Name of Limited Liability Company  (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

   Coolmath.com LLC

2. The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the Beverly-Killea Limited Liability Company Act.

3. The limited liability company will be managed by (check only one):

   [✓] One Manager       [ ] More Than One Manager       [ ] All Limited Liability Company Member(s)

4. Initial Street Address of Limited Liability Company

| | City | State | Zip Code |
|---|---|---|---|
| 5000 Campus Drive | Newport Beach | CA | 92660 |

5. Initial Mailing Address of Limited Liability Company, if different from Item 4

| | City | State | Zip Code |
|---|---|---|---|
| 19744 Beach Blvd., Suite 302 | Huntington Beach | CA | 92660 |

6. Name of Initial Agent For Service of Process  (Item 6: Enter the name of the agent for service of process. The agent may be an individual residing in California or a corporation that has filed a certificate pursuant to California Corporations Code section 1505. Item 7: If the agent is an individual, enter the agent's business or residential street address in CA.  Do not list the address if the agent is a corporation.  Item 8: If the converting entity is a CA limited partnership, enter the mailing address of the agent, if different from Item 7, or if the agent is a corporation.)

   John Stillman, Esq.

7. If an individual, Street Address of Agent for Service of Process in CA

| | City | State | Zip Code |
|---|---|---|---|
| 5000 Campus Drive | Newport Beach | CA | 92660 |

8. Mailing Address of Agent for Service of Process

| | City | State | Zip Code |
|---|---|---|---|

**Converting Entity Information**

9. Name of Converting Entity

   Coolmath.com, Inc.

| 10. Form of Entity | 11. Jurisdiction | 12. CA Secretary of State File Number, if any |
|---|---|---|
| Corporation | California | 2228647 |

13. The principal terms of the plan of conversion were approved by a vote of the number of interests or shares of each class that equaled or exceeded the vote required. If a vote was required, provide the following for each class:

| The class and number of outstanding interests entitled to vote | AND | The percentage vote required of each class. |
|---|---|---|
| 7,500 Shares of common stock | | 100% |

**Additional Information**

14. Additional information set forth on the attached pages, if any, is incorporated herein by this reference and made part of this certificate.

15. I certify under penalty of perjury that the contents of this document are true.  I declare I am the person who executed this instrument, which execution is my act and deed.

| Signature of Authorized Person | Karen L. Davis, President |
|---|---|
| | Type or Print Name and Title of Authorized Person |
| Signature of Authorized Person | Philip C. Markley, Secretary |
| | Type or Print Name and Title of Authorized Person |

| LLC-1A (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

TRADEMARK
REEL: 005157 FRAME: 0701



I hereby certify that the foregoing
transcript of _____/_____page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

**OCT 07 2013**

Date: _____

DEBRA BOWEN, Secretary of State

**TRADEMARK**
**REEL: 005157 FRAME: 0702**

**RECORDED: 11/19/2013**

# EXHIBIT F

**From:** TEAS@uspto.gov [mailto:TEAS@uspto.gov]
**Sent:** Tuesday, June 10, 2014 6:48 PM
**To:** Rachel Huffstetler
**Subject:** 4086.T002U1 Serial number 86305888: Received Your Trademark/Service Mark Application, Principal Register

1. **YOUR MARK:** Coolmath-Games (Standard Characters, mark.jpg)
   The literal element of the mark consists of Coolmath-Games.
   The mark consists of standard characters, without claim to any particular font, style, size, or color.

2. **YOUR SERIAL NUMBER:** We have received your U.S. Trademark Application and assigned serial number '86305888' to your submission. A summary of your application data is provided at the bottom of this message and serves as your official filing receipt. Please keep a copy of this information for your records. All correspondence concerning the application should reference your assigned serial number.
   Please read all of the important information below. Not every mark is registrable with the USPTO and we do not refund the application filing fee(s) if a registration does not ultimately issue.

3. **RECEIVING E-MAIL COMMUNICATIONS/FILING DOCUMENTS ON-LINE:** If you have authorized receipt of correspondence by e-mail, please make sure that your server will accept USPTO e-mail and not treat it as SPAM. If you have not authorized communication by e-mail, please do so at any time by using the "Change of Correspondence Address" form, available at http://www.uspto.gov/trademarks/teas/correspondence.jsp. If you must submit correspondence to us, please use the Trademark Electronic Application System (TEAS) forms, available at http://www.uspto.gov/trademarks/teas/index.jsp.

4. **KEEP YOUR ADDRESS CURRENT IN USPTO RECORDS:** We do not extend filing deadlines due to a failure to receive USPTO mailings/e-mailings. You must update the correspondence and/or owner's address if a postal address and/or e-mail address changes, using the form(s) available at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

5. **WARNING ABOUT UNSOLICITED COMMUNICATIONS:** You may receive trademark-related communications from private companies not associated with the USPTO. These communications frequently display customer-specific information, including your USPTO serial number or registration number and owner name, and request fees for trademark-related services, such as monitoring, listings in international publications, and document filing. None of the companies offering these services are affiliated with the USPTO or any other federal agency. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, VA, and if by e-mail, specifically from the domain "@uspto.gov." Please consult the 'Warning" page on the Trademarks section of the USPTO's website for further information about unsolicited communications and to view representative examples of them. For general information on filing and maintenance requirements for trademark applications and registrations, including fees required by law, please consult www.uspto.gov, contact the TrademarkAssistanceCenter@uspto.gov or telephone 1-800-786-9199.

6. **LEGAL EXAMINATION PROCESS:** Your application is now pending examination. In approximately 3 months, your application will be assigned to a USPTO examining attorney for review. The application cannot mature into a registration unless all legal requirements are met, and many applications never satisfy these requirements and therefore never register. The overall process can take up to 18 months.

7. **CHECK STATUS AND REVIEW DOCUMENTS OR YOUR APPLICATION MAY BE UNINTENTIONALLY ABANDONED:** You must check the status and review all documents associated with your application at least every 3-4 months using Trademark Status and Document Retrieval (TSDR), available at http://tsdr.uspto.gov/. Promptly e-mail the TrademarkAssistanceCenter@uspto.gov or telephone 1-800-786-9199 (select option #1) if an Office action (letter from the USPTO) or notice has issued for your application that you did not receive or do not understand. Failure to respond timely to any Office action or notice may result in the abandonment of your application, requiring you to pay an additional fee to have your application revived even if you did not receive the Office action or notice.

8. **FILING ERRORS:** If you discover an error in the application data, you must file a Voluntary Amendment at http://www.uspto.gov/trademarks/teas/miscellaneous.jsp. Do not submit any proposed amendment to TEAS@uspto.gov, because the TEAS technical support team may not make any data changes. Please wait approximately 7 days after the filing date of your application to submit a Voluntary Amendment in order to allow for initial upload of your application data into the USPTO database. The assigned examining attorney will determine the acceptability of any Voluntary Amendment during examination. Not all errors may be corrected. For example, if you submitted the wrong mark or if the proposed correction would be considered a material alteration to your original filing, it will not be accepted. In this situation, your only recourse would be to file a new application, with a new fee and no refund of your original filing fee.

9. **REQUEST FOR REFUND AND/OR CANCELLATION:** Since your application has already been assigned a serial number, please do not contact TEAS@uspto.gov to request a refund or to cancel the filing. We will only cancel the filing and refund the filing fee if the application does not meet minimum filing requirements. The fee is a processing fee that the USPTO does not refund, even if your mark does not proceed to registration.
In the limited situation where you inadvertently filed identical applications, one immediately after the other, because no confirmation of the first filing was received, please provide both serial numbers to the technical support team at TEAS@uspto.gov.

10. **SelectUSA:** The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic

development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit SelectUSA.gov or call +1-202-482-6800.

## SUMMARY OF APPLICATION DATA FOLLOWS:

**APPLICATION DATA: Trademark/Service Mark Application, Principal Register**

The applicant, Coolmath.com LLC, a limited liability company legally organized under the laws of California, having an address of
Suite 1508,
200 Park Avenue South
New York, New York 10003
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 041: Computer services, namely, providing on-line website in the field of mathematics and science education; entertainment services, namely, providing on-line computer games in the field of mathematics and science education

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 05/28/2004, and first used in commerce at least as early as 05/28/2004, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Images of web page.
Specimen-1 [SPE0-71593514-174055955_._spec_pg1.jpg ]
Specimen-2 [SPE0-71593514-174055955_._spec_pg2.jpg ]

The applicant claims ownership of U.S. Registration Number(s) 3404699.

First use anywhere and first use in commerce was by a predecessor in title to the applicant

The applicant's current Attorney Information:
Rachel Huffstetler and TJ DoVale, Jana France of FisherBroyles, LLP

Building 600, Suite 1700
1200 Abernathy Road
Atlanta, Georgia 30328
United States

The attorney docket/reference number is 4086.T002U1.

The applicant's current Correspondence Information:
Rachel Huffstetler
FisherBroyles, LLP
Building 600, Suite 1700
1200 Abernathy Road
Atlanta, Georgia 30328
404-435-3665(phone)
404-393-7058(fax)
docketing@fisherbroyles.com;rhuffstetler@fisherbroyles.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

## Declaration Signature

Signature: /Gregory Barlow/   Date: 06/10/2014
Signatory's Name: Gregory Barlow
Signatory's Position: President

Thank you,

The TEAS support team
Tue Jun 10 18:47:57 EDT 2014
STAMP: USPTO/BAS-71.59.35.14-20140610184757737345-86305888-
5005bc5ddaab455d7c264be3d57864823e9223ea0e76f9110ee10f248e02152ce-CC-5599-
20140610184042260381

# EXHIBIT G

**From:** TEAS@uspto.gov [mailto:TEAS@uspto.gov]
**Sent:** Tuesday, June 10, 2014 6:46 PM
**To:** Rachel Huffstetler
**Subject:** 4086.T001U1 Serial number 86305882: Received Your Trademark/Service Mark Application, Principal Register

1. **YOUR MARK:** Coolmath4kids (Standard Characters, mark.jpg)
   The literal element of the mark consists of Coolmath4kids.
   The mark consists of standard characters, without claim to any particular font, style, size, or color.

2. **YOUR SERIAL NUMBER:** We have received your U.S. Trademark Application and assigned serial number '86305882' to your submission. A summary of your application data is provided at the bottom of this message and serves as your official filing receipt. Please keep a copy of this information for your records. All correspondence concerning the application should reference your assigned serial number.
   Please read all of the important information below. Not every mark is registrable with the USPTO and we do not refund the application filing fee(s) if a registration does not ultimately issue.

3. **RECEIVING E-MAIL COMMUNICATIONS/FILING DOCUMENTS ON-LINE:** If you have authorized receipt of correspondence by e-mail, please make sure that your server will accept USPTO e-mail and not treat it as SPAM. If you have not authorized communication by e-mail, please do so at any time by using the "Change of Correspondence Address" form, available at http://www.uspto.gov/trademarks/teas/correspondence.jsp. If you must submit correspondence to us, please use the Trademark Electronic Application System (TEAS) forms, available at http://www.uspto.gov/trademarks/teas/index.jsp.

4. **KEEP YOUR ADDRESS CURRENT IN USPTO RECORDS:** We do not extend filing deadlines due to a failure to receive USPTO mailings/e-mailings. You must update the correspondence and/or owner's address if a postal address and/or e-mail address changes, using the form(s) available at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

5. **WARNING ABOUT UNSOLICITED COMMUNICATIONS:** You may receive trademark-related communications from private companies not associated with the USPTO. These communications frequently display customer-specific information, including your USPTO serial number or registration number and owner name, and request fees for trademark-related services, such as monitoring, listings in international publications, and document filing. None of the companies offering these services are affiliated with the USPTO or any other federal agency. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, VA, and if by e-mail, specifically from the domain "@uspto.gov." Please consult the 'Warning' page on the Trademarks section of the USPTO's website for further information about unsolicited communications and to view representative examples of them. For general information on filing and maintenance requirements for trademark applications and registrations, including fees required by law, please consult www.uspto.gov, contact the TrademarkAssistanceCenter@uspto.gov or telephone 1-800-786-9199.

6. **LEGAL EXAMINATION PROCESS:** Your application is now pending examination. In approximately 3 months, your application will be assigned to a USPTO examining attorney for review. The application cannot mature into a registration unless all legal requirements are met, and many applications never satisfy these requirements and therefore never register. The overall process can take up to 18 months.

7. **CHECK STATUS AND REVIEW DOCUMENTS OR YOUR APPLICATION MAY BE UNINTENTIONALLY ABANDONED:** You must check the status and review all documents associated with your application at least every 3-4 months using Trademark Status and Document Retrieval (TSDR), available at http://tsdr.uspto.gov/. Promptly e-mail the TrademarkAssistanceCenter@uspto.gov or telephone 1-800-786-9199 (select option #1) if an Office action (letter from the USPTO) or notice has issued for your application that you did not receive or do not understand. Failure to respond timely to any Office action or notice may result in the abandonment of your application, requiring you to pay an additional fee to have your application revived even if you did not receive the Office action or notice.

8. **FILING ERRORS:** If you discover an error in the application data, you must file a Voluntary Amendment at http://www.uspto.gov/trademarks/teas/miscellaneous.jsp. Do not submit any proposed amendment to TEAS@uspto.gov, because the TEAS technical support team may not make any data changes. Please wait approximately 7 days after the filing date of your application to submit a Voluntary Amendment in order to allow for initial upload of your application data into the USPTO database. The assigned examining attorney will determine the acceptability of any Voluntary Amendment during examination. Not all errors may be corrected. For example, if you submitted the wrong mark or if the proposed correction would be considered a material alteration to your original filing, it will not be accepted. In this situation, your only recourse would be to file a new application, with a new fee and no refund of your original filing fee.

9. **REQUEST FOR REFUND AND/OR CANCELLATION:** Since your application has already been assigned a serial number, please do not contact TEAS@uspto.gov to request a refund or to cancel the filing. We will only cancel the filing and refund the filing fee if the application does not meet minimum filing requirements. The fee is a processing fee that the USPTO does not refund, even if your mark does not proceed to registration.
   In the limited situation where you inadvertently filed identical applications, one immediately after the other, because no confirmation of the first filing was received, please provide both serial numbers to the technical support team at TEAS@uspto.gov.

10. **SelectUSA:** The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic

development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit SelectUSA.gov or call +1-202-482-6800.

## SUMMARY OF APPLICATION DATA FOLLOWS:

### APPLICATION DATA: Trademark/Service Mark Application, Principal Register

The applicant, Coolmath.com LLC, a limited liability company legally organized under the laws of California, having an address of
    Suite 1508,
    200 Park Avenue South
    New York, New York 10003
    United States


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 041:  Computer services, namely, providing on-line website in the field of mathematics and science education; entertainment services, namely, providing on-line computer games in the field of mathematics and science education

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 04/01/2000, and first used in commerce at least as early as 04/01/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Images of web pages.
Specimen-1 [SPE0-71593514-172607011_._finalprntscrn1.jpg ]
Specimen-2 [SPE0-71593514-172607011_._prntscrn2.jpg ]


The applicant claims ownership of U.S. Registration Number(s) 3404699.

First use anywhere and first use in commerce was by a predecessor in title to the applicant

The applicant's current Attorney Information:
    Rachel Huffstetler and TJ DoVale, Jana France of FisherBroyles, LLP

    Building 600, Suite 1700
    1200 Abernathy Road
    Atlanta, Georgia 30328
    United States

The attorney docket/reference number is 4086.T001U1.

The applicant's current Correspondence Information:
Rachel Huffstetler
FisherBroyles, LLP
Building 600, Suite 1700
1200 Abernathy Road
Atlanta, Georgia 30328
404-435-3665(phone)
404-393-7058(fax)
docketing@fisherbroyles.com;rhuffstetler@fisherbroyles.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


## Declaration Signature

Signature: /Gregory Barlow/  Date: 06/10/2014
Signatory's Name: Gregory Barlow
Signatory's Position: President

Thank you,

The TEAS support team
Tue Jun 10 18:45:46 EDT 2014
STAMP: USPTO/BAS-71.59.35.14-20140610184546007568-86305882-
500cb2aa5a63a3539caa8014a239638a497b9cb480579a6e2b19d663baa841624e-CC-5565-
20140610172607011975