USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-14

*Keenan, J*
*Part 1*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COOLMATH.COM and

                Plaintiff,

-v-

COOLMATHGAMES.COM,
MICHAEL GARGIULO and
JOHN DOE

                Defendants.

Civil Action No. 14 CV 4291 (LAK)(    )

**ORDER TO SHOW CAUSE FOR**
**PRELIMINARY INJUNCTION**
**WITH TEMPORARY**
**RESTRAINING ORDER**

Upon the annexed affidavit of Gregory Barlow, sworn to 14th day of June, 2014, and the exhibits thereto, the annexed Complaint, and the annexed Memorandum of Law, it is hereby

ORDERED, that the above named defendants, or their counsel show cause before a motion term of this Court, at Room _2/B_ , United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _June 17, 2014_ , at _11_ o'clock in the _fore_ noon thereof, or as soon thereafter as counsel can be heard, why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action from (a) committing trademark infringement by operating the website www.coolmathgames.com; and (b) committing trade dress infringement by operating the website www.coolmathgames.com; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65 Fed. R. Civ. P., Defendants are temporarily restrained and enjoined from (a) committing trademark infringement by operating the website www.coolmathgames.com; and (b) committing trade dress infringement by operating the website www.coolmathgames.com; and it is further

ORDERED that security in the amount of $ _____ be posted by the plaintiff

prior to _____, at _____ o'clock in the _____ noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before __11ᵒᵒ__ o'clock in the _fore_ noon, _June 17_ _2014_, shall be deemed good and sufficient service thereof.

DATED: New York, New York
ISSUED: _4⁵⁰PM - June 13, 2014_

_____
United States District Judge
Part I

Date: June 13, 2014

_____
Richard M. Lehrer (RL2498)
The Lehrer Patent Law Firm LLC
1 Prior Court
Palisades, NY 10964
Phone: 845-519-9525
Fax:    845-613-7029