Keenan's
Part 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COOLMATH.COM and : 
                     Plaintiff, :    Civil Action No. 14 CV 4291 (LAK)(    )

-v- :

COOLMATHGAMES.COM, :    ORDER TO SHOW CAUSE FOR
MICHAEL GARGIULO and :    PRELIMINARY INJUNCTION
JOHN DOE :    WITH TEMPORARY
      :    RESTRAINING ORDER
                    Defendants. :

---

Upon the annexed affidavit of Gregory Barlow, sworn to 14th day of June, 2014, and the exhibits thereto, the annexed Complaint, and the annexed Memorandum of Law, it is hereby

ORDERED, that the above named defendants, or their counsel show cause before a motion term of this Court, at Room 2-13, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on June 17, 2014, at 11 o'clock in the fore noon thereof, or as soon thereafter as counsel can be heard, why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action from (a) committing trademark infringement by operating the website www.coolmathgames.com; and (b) committing trade dress infringement by operating the website www.coolmathgames.com; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., Defendants are temporarily restrained and enjoined from (a) committing trademark infringement by operating the website www.coolmathgames.com; and (b) committing trade dress infringement by operating the website www.coolmathgames.com; and it is further

ORDERED that security in the amount of $_____ be posted by the plaintiff

prior to ~~_____, at _____ o'clock in the~~ _____ noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before __11:00__ o'clock in the __fore__ noon, __June 17, 2014__, shall be deemed good and sufficient service thereof.

DATED: New York, New York
ISSUED: __4:50 PM - June 13, 2014__

_____
John F. Keenan
United States District Judge
Part I

Date: June 13, 2014

_____
Richard M. Lehrer (RL2498)
The Lehrer Patent Law Firm LLC
1 Prior Court
Palisades, NY 10964
Phone: 845-519-9525
Fax:    845-613-7029