UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Coolmath.com, LLC,

        Plaintiff,

v.                                   1:14-cv-4291 (LAK)

Coolmathgames.com, et al.,

------------------------------x

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/14

KAPLAN, District Judge.

       In accordance with Section 1 of the Standing Order in In re Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York, the undersigned hereby determines that this case shall NOT be designated for inclusion in the project.

       SO ORDERED.

Dated: June 17, 2014

                                                      Lewis A. Kaplan
                                              United States District Judge