USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/14

Kaplan, Y.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

COOLMATH.COM, LLC and

Plaintiff,

-v-

COOLMATHGAMES.COM,
MICHAEL GARGIULO and
JOHN DOE

Defendants.

14-cv-4291(LK)(SN)

STIPULATION AND REQUEST FOR
EXTENSION OF TIME FOR
DEFENDANT TO ANSWER OR
OTHERWISE RESPOND TO
COMPLAINT

WHEREAS, Plaintiff CoolMath.com, LLC ("Plaintiff") served Defendant Michael Gargiulo ("Defendant") on June 14, 2014 and as such, Defendant's responsive pleading is due by Monday, July 7, 2014;

WHEREAS, Defendant seeks, and has not previously requested, an extension to respond to the Complaint;

WHEREAS, neither Defendant's request nor Plaintiff's consent to the extension herein waive or otherwise limit the factual or legal bases of the parties' positions on Plaintiff's application for a temporary restraining order and preliminary injunction.

NOW, THEREFORE, it is hereby jointly requested, stipulated and agreed that the time for Defendant, to answer, move, or otherwise respond to the Complaint be extended to and include **Monday, July 28, 2014**.

Dated: New York, New York
July 3, 2014

FROSS ZELNICK LEHRMAN & ZISSU, PC

By: _____
James D. Weinberger by Justin Mercer on Consent

866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5952
jweinberger@fzlz.com

*Attorneys for Plaintiff*

LEWIS & LIN, LLC

By: _____
Justin Mercer

45 Main Street, Suite 608
Brooklyn, New York 11201
Tel: (718) 243-9323
Justin@ilawco.com

*Attorneys for Defendant Michael Gargiulo*

SO ORDERED:

_____
United States District Judge

7/9/14