Kaplan, J.

Richard M. Lehrer
FISHERBROYLES, LLC
1 Prior Court
Palisades, NY 10964
845-519-9525
rlehrer@fisherbroyles.com

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, PC
866 United Nations Plaza
New York, NY 10017
212-813-5900
jweinberger@fzlz.com

*Attorneys for Plaintiff COOLMATH.COM LLC*





**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COOLMATH.COM, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>COOLMATHGAMES.COM, MICHAEL GARGIULO and JOHN DOE,<br><br>*Defendants.* | Civil Action No. 14CV4291(LAK)(SN) |

**STIPULATION AND [PROPOSED] ORDER RE: ADJOURNMENT
OF SEPTEMBER 17, 2014 EVIDENTIARY HEARING**

WHEREAS, the Court on August 29, 2014 set an evidentiary hearing for September 17, 2014 in connection with the pending motion of Plaintiff Coolmath.com, LLC ("Plaintiff") for a temporary restraining order and preliminary injunction (the "Hearing");

WHEREAS, Plaintiff and defendant Michael Gargiulo ("Gargiulo") are in the process of negotiating a settlement which would result in the complete resolution of this action;

WHEREAS, Plaintiff and Gargiulo seek a brief adjournment of the Hearing to allow the parties time to negotiate and complete a settlement which, turn, would obviate the need for the Hearing;

WHEREAS, it is submitted that the complete settlement of this action is a compelling reason to adjourn the Hearing as it would preserve the resources of the Court and the parties; and

WHEREAS, this is the first request for an adjournment of the Hearing.

NOW, THEREFORE, it is hereby jointly requested, stipulated and agreed that the Hearing be adjourned to ~~October 1~~ Sept. 30, 2014 at 9:30 a.m. or as soon thereafter as is convenient for the Court.

Dated: September 12, 2014
New York, New York

FROSS ZELNICK LEHRMAN & ZISSU, PC

By: _____
James D. Weinberger
866 United Nations Plaza
New York, NY 10017
212-813-5900
jweinberger@fzlz.com

LEWIS & LIN, LLC

By: _____
Brett E. Lewis
45 Main Street, Suite 608
Brooklyn, NY 11201
718-243-9323
brett@ilawco.com

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge