USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/14

Kaplan, Y.



SEP 04 2014

JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

COOLMATH.COM, LLC and

Plaintiff,

-v-

COOLMATHGAMES.COM,
MICHAEL GARGIULO and
JOHN DOE

Defendants.

14-cv-4291(LK)(~~SN~~)

**STIPULATION AND THIRD REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

WHEREAS, Plaintiff CoolMath.com, LLC ("Plaintiff") and Defendant Michael Gargiulo ("Defendant") twice jointly requested, stipulated and agreed that the time for Defendant to answer, move, or otherwise respond to the Complaint be extended, and this Court granted Defendant's requests on July 9, 2014 and July 29, 2014;

WHEREAS, Defendant seeks a third 30-day extension to respond to the Complaint; and

WHEREAS, neither Defendant's third request nor Plaintiff's consent herein waive or otherwise limit the factual or legal bases of the parties' positions on Plaintiff's application for a preliminary injunction.

NOW, THEREFORE, it is hereby jointly requested, stipulated and agreed that the time for Defendant, to answer, move, or otherwise respond to the Complaint be extended to and include **Friday, September 26, 2014**.

Dated: New York, New York
August 27, 2014

FROSS ZELNICK LEHRMAN & ZISSU, PC

By: _____
James D. Weinberger

866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5952
jweinberger@fzlz.com

*Attorneys for Plaintiff*

LEWIS & LIN, LLC

By: _____
Justin Mercer

45 Main Street, Suite 608
Brooklyn, New York 11201
Tel: (718) 243-9323
Justin@ilawco.com

*Attorneys for Defendant Michael Gargiulo*

SO ORDERED:

_____
United States District Judge

9/4/14